_____

No. 96-1841SD
_____

James H. Big Boy, for Edward    *
V. Big Boy,                       *
                                 *
          Appellant,       *    Appeal from the United States
                                 *    District Court for the District
   v.                       *    of South Dakota.
                                 *
Shirley S. Chater, Commissioner  *        [UNPUBLISHED]
of Social Security          *
Administration,  *
                               *
          Appellee.        *
_____

Submitted:  November 22, 1996

Filed:  November 27, 1996
_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

James H. Big Boy appeals the district court's dismissal of Big Boy's action for judicial review for lack of subject matter jurisdiction.  After careful review of the parties' briefs, we affirm for the reasons stated in the district court opinion.  See 8th Cir. R. 47B.

A true copy.

      Attest:

           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.